UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| LAKESHORE ENGINEERING, <br><br> Plaintiff, <br><br> V. <br><br> RICHMOND UTILITIES BOARD, and HDR ENGINEERING, <br><br> Defendants. | CIVIL ACTION NO. 5:12-121-KKC <br><br><br> **OPINION & ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a docket review. On May 7, 2014, Plaintiff filed a notice in this case of its pending bankruptcy. The docket sheet in this case reflects that there has been no activity in this case since the notice was filed. Accordingly, IT IS HEREBY ORDERED that on or before **November 14, 2014,** Plaintiff shall provide a written report regarding the status of this matter in light of pending bankruptcy proceedings.

Dated October 30, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY